# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2018**

SEAN F. McAVOY, CLERK

U.S.A. vs.      Dalton, Kimberly Rain           Docket No.     2:18CR00133-RMP-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kimberly Rain Dalton, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 14th day of August 2018, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and reported as often as they direct, at such times and in such manner as they direct.

**Additional Condition #31:** Defendant shall abide by any conditions or orders of any other Court or jurisdiction, and shall inform Pretrial Services and her attorney of obligations imposed by any other court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Kimberly Rain Dalton is alleged to have failed to report as directed by the undersigned officer on September 10, 2018.

On August 17, 2018, the conditions of pretrial release supervision were reviewed with Ms. Dalton. She acknowledged an understanding of her conditions, which included standard condition number 6.

On September 8, 2018, Ms. Dalton contacted the undersigned officer through text messaging asking the undersigned officer to contact her. Shortly thereafter, the undersigned officer responded via text messaging and instructed Ms. Dalton to report to the U.S. Probation Office on September 10, 2018, before noon. Ms. Dalton responded by saying, "ok sounds good."

Ms. Dalton failed to report before noon on September 10, 2018. On September 10, 2018, at 2:51 p.m., the undersigned officer sent Ms. Dalton a text message reminding her that she missed her appointment on that date. Ms. Dalton responded and stated she thought she had until the end of the business day to report. She went on to state she has had multiple obligations and transportation issues.

Subsequently, the undersigned officer instructed Ms. Dalton to report on September 11, 2018, before noon. Ms. Dalton responded and confirmed she would report on September 11, 2018.

It should be noted on September 11, 2018, Ms. Dalton was taken into custody by the Washington State Department of Corrections for alleged violations of her state supervision and was unable to report to the U.S. Probation Office.

**Violation #2:** Kimberly Rain Dalton is alleged to have failed to abide the conditions of another jurisdiction by being arrested by the Washington State Department of Corrections (DOC) for allegedly violating the terms of her supervision with that agency.

On August 17, 2018, the conditions of pretrial release supervision were reviewed with Ms. Dalton. She acknowledged an understanding of her conditions, which included additional condition number 31.

Re: Dalton, Kimberly Rain
September 13, 2018
Page 2

On September 11, 2018, Ms. Dalton's supervising community corrections officer (CCO) with DOC confirmed she was taken into custody on a warrant for allegedly violating the conditions of supervision with that agency.  The alleged violations revolved around Ms. Dalton's issues with reporting as instructed by her CCO.  The CCO also advised, Ms. Dalton recently failed to submit a drug test upon request.  She was instructed to report the following day to provide a drug test, but allegedly failed to do so.

The CCO advised Ms. Dalton will likely be transported to the Benton County (Washington) Jail and serve 7 to 10 days for her alleged violations.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  September 13, 2018

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

9/13/2018

Date