PROB 12C
(6/16)

Report Date: October 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kimberly Rain Dalton | Case Number: 0980 2:18CR00133-RMP-2 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: February 21, 2019 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349 | |
| Original Sentence: Prison - 12 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: George Jacobs | Date Supervision Commenced: September 13, 2019 |
| Defense Attorney: Christina Wong | Date Supervision Expires: September 12, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/07/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** It is alleged that Kimberly Dalton violated the terms of her supervised release by consuming a controlled substance, methamphetamine and heroin, on or about, October 7, 2021. |
| | On September 17, 2019, the conditions of supervision were explained to Ms. Dalton and she received a copy of her conditions. |
| | On September 30, 2021, contact was made with Ms. Dalton at her mother's residence. At that time a sweat patch was removed and another was placed on her. |
| | On October 7, 2021, the sweat patch, which appeared tampered with, was removed and sent to the lab for testing. The lab report has since returned and noted a positive presence for methamphetamine and 6-AM (consistent wit the use of heroin). |

Prob12C
**Re: Dalton, Kimberly Rain**
**October 15, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/15/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/15/2021
Date