PROB 12C
(6/16)

Report Date: August 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kimberly Rain Dalton        Case Number: 0980 2:18CR00133-RMP-2

Address of Offender: ███████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: February 21, 2019

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344, 1349

Original Sentence:       Prison - 12 months;           Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     George J. C. Jacobs, III       Date Supervision Commenced: September 13, 2019

Defense Attorney:        Christina Wong                 Date Supervision Expires: September 12, 2024

### PETITIONING THE COURT

To issue a warrant.

On September 16, 2019, a U.S. probation officer reviewed Mr. Dalton's conditions of supervised release with her. She signed the judgement acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation office as instructed. |
| | **Supporting Evidence:** It is alleged that Kimberly Dalton violated the terms of her supervised release by failing to report to the probation office as instructed, on or about August 17, 2022. |
| | Ms. Dalton was contacted via telephone and instructed to report to the United States Probation Office on Wednesday, August 17, 2022, at 2 p.m. Ms. Dalton failed to report for the scheduled office appointment nor did she make any effort to contact the undersigned officer. |
| 2 | **Special Condition # 8**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare |

Prob12C
**Re: Dalton, Kimberly Rain**
**August 18, 2022**
**Page 2**

upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Ms. Dalton has violated the terms of her supervised release by failing to obtain an assessment at an approved treatment vendor as directed.

On May 24, 2022, Ms. Dalton was instructed to obtain a substance abuse assessment and to sign a release of information; she stated she understood.

On June 24, 2022, Ms. Dalton was instructed to obtain a substance abuse assessment and to sign a release of information; she advised that she had an upcoming appointment with Youth Family Adult Connections (YFA) on June 30, 2022, and would sign a release of information (ROI) at that time.

On July 26, 2022, Ms. Dalton was again instructed to obtain a substance abuse assessment and to sign a release of information; she advised that she had an upcoming appointment with YFA on August 3, 2022, and would sign a release of information.

On August 1, 2022, the undersigned officer spoke with a supervisor at YFA who advised that there is no release signed due to Ms. Dalton not following through with scheduled appointments at FYA.

On that same date, the undersigned officer questioned Ms. Dalton regarding her substance abuse assessment and she was adamant that she had completed an assessment and would contact YFA to sign a release.

On August 9, 2022, the undersigned officer spoke with the supervisor at YFA again to follow up on Ms. Dalton's treatment and was informed that she had yet to sign a ROI and it is due to not following through with scheduled appointments.

3     **Special Condition # 10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  It is alleged that Kimberly Dalton violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about July 29, August 4, and August 15, 2022.

On July 29, 2022, the undersigned officer received notification from the housing manager at the sober house that Ms. Dalton is living at, indicating Ms. Dalton was being kicked out due to noncompliance. The non compliance was stealing money from a roommate and testing positive for fentanyl, however, she denied use. The urine specimen was sent to the laboratory for confirmation.  On August 1, 2022, the drug screen from July 29, 2022, returned positive for fentanyl

Prob12C
**Re: Dalton, Kimberly Rain**
**August 18, 2022**
**Page 3**

On August 1, 2022, Ms. Dalton submitted a urinalysis which returned presumptive positive for fentanyl; she admitted to using "a few days prior."

On August 15, 2022, Ms. Dalton submitted a urinalysis, which returned presumptive positive for fentanyl; she admitted to last using fentanyl on or about August 4, 2022. The urine sample was sent to the contact laboratory for further testing. The lab results are pending.

4.   **Special Condition # 10**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged that Ms. Dalton violated the terms of her supervised release by failing to submit to a urinalysis on August 11 and 16, 2022, at Pioneer Human Services (PHS).

Ms. Dalton is enrolled in random drug testing with PHS. She is expected to call the testing line daily to determine if she is expected to test that same day between 7 a.m. and 7 p.m.

PHS reported Ms. Dalton failed to appear for testing on August 11 and 16, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/18/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/18/2022
Date