PROB 12C
(6/16)

Report Date: August 24, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 24, 2022**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kimberly Rain Dalton          Case Number: 0980 2:18CR00133-RMP-2

Address of Offender:                  Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 21, 2019

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349

Original Sentence:   Prison - 12 months;            Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: George J. C. Jacobs, III       Date Supervision Commenced: September 13, 2019

Defense Attorney:    Federal Defenders Office        Date Supervision Expires: September 12, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/18/2022.

On September 16, 2019, a U.S. probation officer reviewed Ms. Dalton's conditions of supervised release with her. She signed the judgement acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Ms. Dalton violated her conditions of supervised released by using fentanyl on or about August 15, 2022. |
| | Ms. Dalton submitted to a urinalysis on August 15, 2022, which returned presumptive positive for fentanyl; she admitted last use on August 4, 2022. On August 22, 2022, the contract laboratory confirmed the urinalysis positive for fentanyl. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Dalton, Kimberly Rain**
**August 24, 2022**
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/24/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/24/2022
Date